No. 1116. UNITED STATES EX REL. McDERMOTT *v.* JAEGER, U. S. MARSHAL. May 11, 1942. Petition for writ

of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Homer L. Loomis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.